| FORM B1 | United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Marc, Janice Ellen | | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>DBA Dennis Marc Dairy; DBA Cheese Express | | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>xxx-xx-5701 | | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>2395 Delaware Avenue, #154<br>Santa Cruz, CA 95060 | | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: Santa Cruz | | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor 104 Bronson Street,<br>(if different from street address above): Santa Cruz, CA 95062 | | |

**Information Regarding the Debtor** (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual(s) ☐ Railroad | | ☐ Chapter 7 ■ Chapter 11 ☐ Chapter 13 |
| ☐ Corporation ☐ Stockbroker | | ☐ Chapter 9 ☐ Chapter 12 |
| ☐ Partnership ☐ Commodity Broker | | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ■ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Marc, Janice Ellen**

**FORM B1**, Page 2

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Janice Ellen Marc**
Signature of Debtor **Janice Ellen Marc**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**October 16, 2005**
Date

**Signature of Attorney**

X **/s/ Henry B. Niles, III**
Signature of Attorney for Debtor(s)
**Henry B. Niles, III 87974**
Printed Name of Attorney for Debtor(s)
**Henry B. Niles III**
Firm Name
**340 Soquel Ave.**
**Suite 105**
**Santa Cruz, CA 95062**
Address
**831-457-4545  Fax: 831-457-4555**
Telephone Number
**October 16, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
## Northern District of California

In re **Janice Ellen Marc**
Debtor(s)

Case No.
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bank of America<br>PO Box 60069<br>City Of Industry, CA 91716-0069 | Bank of America<br>PO Box 60069<br>City Of Industry, CA 91716-0069 | Revolving Credit Account | | 7,134.65 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Revolving Credit Account | | 9,339.61 |
| Devco Oil, Inc.<br>139 Encinal Street<br>PO Box 473<br>Santa Cruz, CA 95060 | Devco Oil, Inc.<br>139 Encinal Street<br>PO Box 473<br>Santa Cruz, CA 95060 | Trade payable | | 4,665.26 |
| Domestic Cheese Company<br>450 Toland Street<br>San Francisco, CA 94124 | Domestic Cheese Company<br>450 Toland Street<br>San Francisco, CA 94124 | Trade payable | | 50,767.09 |
| Humboldt Creamery<br>572 Highway 1<br>Fortuna, CA 95540 | Humboldt Creamery<br>572 Highway 1<br>Fortuna, CA 95540 | Trade payable | | 9,434.63 |
| Joseph Gallo Farms<br>#73148<br>PO Box 60000<br>San Francisco, CA 94161-3148 | Joseph Gallo Farms<br>#73148<br>PO Box 60000<br>San Francisco, CA 94161-3148 | Trade payable | | 7,721.78 |
| Kraft Pizza Company<br>23048 Network Place<br>Chicago, IL 60673 | Kraft Pizza Company<br>23048 Network Place<br>Chicago, IL 60673 | Trade payable | | 3,246.76 |
| MBNA America<br>PO Box 15469<br>Wilmington, DE 19886-5469 | MBNA America<br>PO Box 15469<br>Wilmington, DE 19886-5469 | Revolving Credit Account | | 7,482.81 |
| MBNA America<br>PO Box 15289<br>Wilmington, DE 19886 | MBNA America<br>PO Box 15289<br>Wilmington, DE 19886 | Revolving Credit Account | | 39,472.82 |
| Nub Circus<br>PO Box 14932<br>San Francisco, CA 94114 | Nub Circus<br>PO Box 14932<br>San Francisco, CA 94114 | Trade payable | | 6,868.20 |
| Nulaid Foods, Inc.<br>File 74152<br>PO Box 60000<br>San Francisco, CA 94160 | Nulaid Foods, Inc.<br>File 74152<br>PO Box 60000<br>San Francisco, CA 94160 | Trade payable | | 5,161.26 |
| Pacific Cheese<br>PO Box 45033<br>San Francisco, CA 94145-0033 | Pacific Cheese<br>PO Box 45033<br>San Francisco, CA 94145-0033 | Trade payable | | 7,198.96 |

In re **Janice Ellen Marc** Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Samba, Inc.<br>927 Calle Negocio, Suite J<br>San Clemente, CA 92673 | Samba, Inc.<br>927 Calle Negocio, Suite J<br>San Clemente, CA 92673 | Trade payable | | 4,000.00 |
| Schreiber Foods, INc.<br>425 Pine Street<br>Green Bay, WI 54307-9010 | Schreiber Foods, INc.<br>425 Pine Street<br>Green Bay, WI 54307-9010 | Trade payable | | 6,525.00 |
| Sears Gold Master Card<br>PO Box 6564<br>The Lakes, NV 88901-6564 | Sears Gold Master Card<br>PO Box 6564<br>The Lakes, NV 88901-6564 | Revolving Credit Account | | 7,374.04 |
| Sorrento Lactalis, Inc.<br>2376 South Park Avenue<br>Buffalo, NY 14220 | Sorrento Lactalis, Inc.<br>2376 South Park Avenue<br>Buffalo, NY 14220 | Trade payable | | 4,944.51 |
| The Zenith<br>Zenith Insurance Company<br>21255 Califa Street<br>Woodland Hills, CA 91367-5021 | The Zenith<br>Zenith Insurance Company<br>21255 Califa Street<br>Woodland Hills, CA 91367-5021 | Worker's Compensation Policy | | 6,464.00 |
| Tip Top Foods<br>2200 Cardigan Avenue<br>Columbus, OH | Tip Top Foods<br>2200 Cardigan Avenue<br>Columbus, OH | Trade payable | | 8,427.12 |
| Wells Fargo<br>PO Box 54349<br>Los Angeles, CA 90054-0349 | Wells Fargo<br>PO Box 54349<br>Los Angeles, CA 90054-0349 | Business Line of Credit | | 93,436.00 |
| West Farm Foods<br>PO Box 2638<br>Portland, OR 97208-2638 | West Farm Foods<br>PO Box 2638<br>Portland, OR 97208-2638 | Trade payable | | 58,478.74 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date **October 16, 2005**    Signature **/s/ Janice Ellen Marc**
                                       **Janice Ellen Marc**
                                       Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re **Janice Ellen Marc**     Case No.
Debtor(s)     Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **October 16, 2005**     **/s/ Janice Ellen Marc**
**Janice Ellen Marc**
Signature of Debtor

Date: **October 16, 2005**     **/s/ Henry B. Niles, III**
Signature of Attorney
**Henry B. Niles, III**
**Henry B. Niles III**
**340 Soquel Ave.**
**Suite 105**
**Santa Cruz, CA 95062**
**831-457-4545   Fax: 831-457-4555**

Abstract Information Service
PO Box 507
Pacific Grove, CA 93950


American Express
PO Box 360002
Ft. Lauderdale, FL 33336-0002


American Packaging Co.
1515 Alvarado Street
San Leandro, CA 94577-2640


Aramark Uniform Service
PO Box 28383
San Jose, CA 95159-8383


AT&T
PO Box 78522
Phoenix, AZ 85062-8522


Bank of America
PO Box 60069
City Of Industry, CA 91716-0069


Belfiore Cheese Company
2031-A Second Street
Berkeley, CA 94710


Bobby's Pit Stop, Inc.
1655 Commercial Way
Santa Cruz, CA 95065-1703

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285


Challenge Dairy Products, Inc.
File 81901
PO Box 60000
San Francisco, CA 94160


Ciao Bella Gelato Company West, LLC
2211 Quesada Avenue
San Francisco, CA 94124


Columbus Distributing, Inc.
PO Box 49165
San Jose, CA 95161


Devco Oil, Inc.
139 Encinal Street
PO Box 473
Santa Cruz, CA 95060


Dixon & Son Tire
125 Walker Street
Watsonville, CA 95076


Domestic Cheese Company
450 Toland Street
San Francisco, CA 94124


Double Rainbow
275 South Van Ness Avenue
San Francisco, CA 94103

Dreyer's Grand Ice Cream
3852 Collections Center Drive
Chicago, IL 60693


EcoLab Pest Elimination
PO Box 6007
Grand Forks, ND 58206-6007


Fleet One
5042 Linbar Drive, Suite 100
Nashville, TN 37211


Hasler, Inc.
PO Box 895
Shelton, CT 06484-0895


Humboldt Creamery
572 Highway 1
Fortuna, CA 95540


It's-It Ice Cream Company
865 Burlway Road
Burlingame, CA 94010


Joseph Gallo Farms
#73148
PO Box 60000
San Francisco, CA 94161-3148


Kraft Pizza Company
23048 Network Place
Chicago, IL 60673

Marquez Brothers Interantional, Inc.
5801 Rue Ferrari
San Jose, CA 95138


MBNA America
PO Box 15289
Wilmington, DE 19886


MBNA America
PO Box 15469
Wilmington, DE 19886-5469


Nub Circus
PO Box 14932
San Francisco, CA 94114


Nulaid Foods, Inc.
File 74152
PO Box 60000
San Francisco, CA 94160


Olivera Egg Ranch, LLC
PO Box 32126
San Jose, CA 95152


Pacific Cheese
PO Box 45033
San Francisco, CA 94145-0033


Producers Dairy Foods, Inc.
P.O. Box 123`
Fresno, CA 93715-1231

Raymond Handling Concepts Corporation
41400 Boyce Rd.
Fremont, CA 94538-3152


Rogers Refrigeration, Inc
3040 A Prather Lane
Santa Cruz, CA 95062


Samba, Inc.
927 Calle Negocio, Suite J
San Clemente, CA 92673


SBC
Payment Center
Sacramento, CA 95887-0001


SBC Smart Pages.com
PO Box 650098
Dallas, TX 75265-0098


SBC Smart Yellow Pages
PO Box 989046
West Sacramento, CA 95798-9046


Schreiber Foods, INc.
425 Pine Street
Green Bay, WI 54307-9010


Sears Gold Master Card
PO Box 6564
The Lakes, NV 88901-6564

Sorrento Lactalis, Inc.
2376 South Park Avenue
Buffalo, NY 14220



Sturdy Oil Company
PO Box 90
Salinas, CA 93902-0090



Talamo Foods
6650 Silacci Way
PO Box 396
Gilroy, CA 95021-0396



The Latest Scoop
1017 Ashby Avenue
Berkeley, CA 94710



The Zenith
Zenith Insurance Company
21255 Califa Street
Woodland Hills, CA 91367-5021



Thermo King of Salinas, Inc.
1144 Terven Avenue
Salinas, CA 93901



Tip Top Foods
2200 Cardigan Avenue
Columbus, OH



UPS
PO Box 650580
Dallas, TX 75265-0580

US Food Service, Inc.
Department 01676
Box 39000
San Francisco, CA 94139-1676


USA Gasoline
2680 Soquel Avenue
Santa Cruz, CA 95060


Verizon Wireless
PO Box 9622
Mission Hills, CA 91346-9622


Verizon Wireless Messaging Services
PO Box 15110
Albany, NY 12212-5110


Vitasoy USA, Inc.
One New England Way
Ayer, MA 01432


Wells Fargo
PO Box 54349
Los Angeles, CA 90054-0349


Wells Fargo Business
PO Box 348750
Sacramento, CA 95834


West Farm Foods
PO Box 2638
Portland, OR 97208-2638

```
Wiscon Corporation
777 Bank Lane
Lake Forest, IL 60045


Wonder Ice Cream Company
1065 Martin Avenue
Santa Clara, CA 95050


Zurich North America
8712 Innovation Way
Chicago, IL 60682-0087
```